UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60663
_____

ANTONIO COLE

Plaintiff,

VALDA BROWN; LARRY G. AYCOCK;
TINA D. BROWN; ONIE TATUM; LISA WATSON

Appellants,

versus

TOWER LOAN OF MISSISSIPPI, INC.;
AMERICAN FEDERATED INSURANCE COMPANY;
AMERICAN FEDERATED LIFE INSURANCE COMPANY;
FIRST TOWER LOAN, INC.

Defendants-Appellants,

and

FIRST TOWER CORP.

Appellee,

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(1:98-CV-212-BrR)
_____

July 13, 2000

Before JOLLY, SMITH, and BARKSDALE, Circuit Judges:

PER CURIAM:[*]

Based upon our review of the briefs and pertinent parts of the record, and having heard argument by the parties, and concerning the district court's 9 September 1998 stay and class certification orders, we conclude that the court did not abuse its discretion as to the former and decline to exercise jurisdiction as to the latter.

*AFFIRMED in PART; DISMISSED in PART;*
*and REMANDED*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.